Court of Criminal Appeals
of TEXAS

Jesse Lopez

Tr. Ct. No. 1296762

v.

PD-1621-14

The State

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 28 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
MAY 01 2015
Abel Acosta, Clerk

## Motion For Extension of Time for Filing Rehearing

I, Jesse Lopez, request an extension of time for Filing Rehearing pursuant to T.R.A.P. Rule 79.6. On April 10, 2015 I received the notice that the "Appellant's Pro Se petition for discretionary review has been refused.", via Truckmail. The refusal was filed in the court April 1, 2015 making the Deadline April 16, 2015, but Appellant should not be held to that Deadline due to the date he receive the notice.

Movant requests an extra Thirty Days making the Deadline May 16, 2015. Movant is merely the one who has been signing the work that was completed by a Layman of the Law. Movant did not set forth the legal argument in his Petition for Discretionary Review. This was done by offender Matthew Mark Hesler #1582892, pursuant to the "Access To Courts Manual", ATC 80. The "Access To Courts Manual" is to Ensure a Prisoner's right to the Access of the Courts, which is Guarateed by the right to the "redress of grievance".

1

I, Matthew Mark Heslep, was in "Solitary Confinement" from April 6, 2015 to April 20, 2015. I, Matthew Mark Heslep, first heard of the refusal on April 21, 2015. It was clear that Movant, Jesse Lopez, did not know what a refusal meant, but he made it known that he wanted to take the next step. Due to the process it takes to gain authorization to use the Law Library. It was April 23, 2015 before I learned of the fifteen day deadline to file the Rehearing or the Extention of Time to file the Rehearing. I completed the present motion the same day. (There has not been an Extention for time to file rehearing previously filed)

I, Matthew Mark Heslep, state that the foregoing paragraph is true under penalty of perjury.

X ~~Matthew Heslep~~
Matthew Heslep # 1582892

I, Jesse Lopez, pray that the court grants an extension to file a Rehearing and that the movant be forgiven for not filing the extension in a timely manner; due to the reasons given above.

X ~~Jesse Lopez~~
Jesse Lopez, Movant
Neal Unit
9055 SPUR 591
Amarillo Texas 79107

Motion was placed in the mail April 24, 2015.

X ~~Jesse Lopez~~
Jesse Lopez, Movant

2

Jesse Lopez #1898721
Neal Unit
9055 SPUR 591
Amarillo Texas 79107

Legal Mail:

Court of Criminal Appeals
P.O. Box 12308
Capitol Station Austin Texas 78711

78711@2308